OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015.

6/29/2015
STARLING, PATRICK LYRONE   Tr. Ct. No. 576209-L                    WR-71,768-13
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PATRICK LYRONE STARLING
SOUTHEAST TEXAS TRANSITIONAL CENTER
10950 BEAUMONT HWY
HOUSTON TX 77078                          ANK

RETURN TO SENDER